FILED
MAR 14 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. |
| | ) | 1:17-cr-0039 TWP -TAB |
| JASON C. JANIS, | ) | |
| | ) | |
| Defendant. | ) | |

**INFORMATION**

The United States Attorney charges that:

Count One
(Felon in Possession of Firearm)
(Title 18, United States Code, Section 922(g)(1))

On or about February 9, 2017, in the Southern District of Indiana, Indianapolis Division, the Defendant, JASON C. JANIS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

To wit: Arson, in Wayne County, Indiana, Superior Court, on or about July 30, 2009; and Burglary, in Bartholomew County, Indiana, Circuit Court, on or about August 21, 2000.

Did knowingly possess a firearm, to wit: a Harrington and Richardson, model Pardner, 410 gauge, shotgun, bearing serial number HY265520, said firearm having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>Count Two</u>
(Felon in Possession of Firearm)
(Title 18, United States Code, Section 922(g)(1))

On or about February 13, 2017, in the Southern District of Indiana, Indianapolis Division, the Defendant, JASON C. JANIS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

To wit: Arson, in Wayne County, Indiana, Superior Court, on or about July 30, 2009; and Burglary, in Bartholomew County, Indiana, Circuit Court, on or about August 21, 2000.

Did knowingly possess a firearm, to wit: a Glock, model 19, 9mm pistol, bearing serial number BAHF854, said firearm having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

M. Kendra Klump, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

M. Kendra Klump
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 14th day of March, 2017.

Guey Jen Yang
Notary Public

My Commission Expires:
June 27, 2022

My County of Residence:
Hendricks

GUEY JEN YANG
Commission Expires 06-27-2022
NOTARY PUBLIC
NOTARY SEAL
Comm. #653454
Hendricks County
STATE OF INDIANA